# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ELIZABETH K. CARLEY, a.k.a. MELISSA ARIAS

    Petitioner,

vs.

JO GENTRY, et al.,

    Respondents.

Case No. 2:14-cv-02097-JCM-PAL

**ORDER**

Respondents having filed a motion for enlargement of time (ECF No. 38), and good cause appearing;

IT IS THEREFORE ORDERED that respondents' motion for enlargement of time (ECF No. 38) is **GRANTED**. Respondents will have through May 10, 2017, to file and serve a response to petitioner's motion to reconsider (ECF No. 33).

DATED: May 4, 2017

_____
JAMES C. MAHAN
United States District Judge