# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH K. CARLEY, a.k.a. MELISSA ARIAS,<br><br>Petitioner,<br><br>v.<br><br>JO GENTRY, et al.,<br><br>Respondents. | Case No. 2:14-cv-02097-JCM-PAL<br><br>**ORDER** |

Petitioner has filed a motion to reopen (ECF No. 54). Respondents have not responded, and the court assumes that they do not oppose petitioner's request. LR 7-2(d). Good cause appearing;

IT THEREFORE IS ORDERED that petitioner's motion to reopen (ECF No. 54) is **GRANTED**. This action is **REINSTATED**.

IT FURTHER IS ORDERED that respondents will have forty-five (45) days from the date of entry of this order to answer or otherwise respond to the amended petition (ECF No. 13). Respondents must raise all potential affirmative defenses, including lack of exhaustion and procedural default, in an initial motion to dismiss. The court will not entertain successive motions to dismiss.

1

IT FURTHER IS ORDERED that if respondents file and serve an answer, then they must comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner will have forty-five (45) days from the date on which the answer is served to file a reply.

IT FURTHER IS ORDERED that if respondents file and serve a motion, then petitioner will have forty-five (45) days from the date of service of the motion to file a response to the motion. Respondents then will have twenty-one (21) days from the date of service of the response to file a reply.

DATED: June 19, 2019.

_____
JAMES C. MAHAN
United States District Judge