UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH K. CARLEY, a.k.a. MELISSA ARIAS,<br><br>Petitioner,<br><br>v.<br><br>JO GENTRY, et al.,<br><br>Respondents. | Case No. 2:14-cv-02097-JCM-BNW<br><br>**ORDER** |

Respondents having filed a motion for extension of time (first request) (ECF No. 57), and good cause appearing,

IT THEREFORE IS ORDERED that respondents' motion for extension of time (first request) (ECF No. 57) is **GRANTED**. Respondents will have up to and including October 16, 2019, to file a response to the first amended petition (ECF No. 13).

DATED: August 6, 2019.

JAMES C. MAHAN
United States District Judge

1