1

2

3

4

5

6

7

8                         **UNITED STATES DISTRICT COURT**

9                              **DISTRICT OF NEVADA**

10

11   ELIZABETH K. CARLEY, a.k.a.              Case No. 2:14-cv-02097-JCM-BNW
     MELISSA ARIAS,
12                                            **ORDER**
                         Petitioner,
13
            v.
14
     JO GENTRY, et al.,
15
                         Respondents.
16

17

18          Respondents having filed a motion for extension of time (second request) (ECF No. 59),

19   and good cause appearing;

20          IT THEREFORE IS ORDERED that respondents' motion for extension of time (second

21   request) (ECF No. 59) is **GRANTED**.  Respondents will have up to and including December 16,

22   2019, to file a response to the first amended petition (ECF No. 13).

23          DATED:  October 18, 2019.

24                                            _____
                                              JAMES C. MAHAN
25                                            United States District Judge

26

27

28
                                                 1