**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ELIZABETH K. CARLEY, a.k.a.
MELISSA ARIAS,

                Petitioner,

     v.

JO GENTRY, et al.,

                Respondents.

Case No. 2:14-cv-02097-JCM-BNW

**ORDER**

      Respondents having filed a motion for extension of time (third request) (ECF No. 61), and good cause appearing;

      IT THEREFORE IS ORDERED that respondents' motion for extension of time (third request) (ECF No. 61) is **GRANTED**. Respondents will have up to and including February 19, 2020, to file a response to the first amended petition (ECF No. 13).

      DATED: January 7, 2020.

_____
JAMES C. MAHAN
United States District Judge

1