# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH K. CARLEY, a.k.a. MELISSA ARIAS, | Case No. 2:14-cv-02097-JCM-BNW |
| Petitioner, | **ORDER** |
| v. | |
| JO GENTRY, et al., | |
| Respondents. | |

Respondents have filed a motion to dismiss (ECF No. 65). The Federal Public Defender has filed an appointment request (ECF No. 66) and a motion for extension of time (ECF No. 67). Petitioner herself has filed a motion for enlargement of time (ECF No. 68). The court finds good cause to grant the enlargement motions.

IT THEREFORE IS ORDERED that the motion for extension of time (ECF No. 67) and the motion for enlargement of time (ECF No. 68) are **GRANTED**. Petitioner need not respond to respondents' motion to dismiss (ECF No. 65) until further order of the court.

DATED: March 12, 2020.

JAMES C. MAHAN
United States District Judge

1