# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH K. CARLEY, a.k.a. MELISSA ARIAS,<br><br>Petitioner,<br><br>v.<br><br>JO GENTRY, et al.,<br><br>Respondents. | Case No. 2:14-cv-02097-JCM-BNW<br><br>**ORDER** |

The Federal Public Defender has filed an appointment request (ECF No. 66) in this action. The Federal Public Defender already represents petitioner in another action pending in this court, Carley v. Nevens, Case No. 2:16-cv-02227-JAD-BNW. Good cause appearing;

IT THEREFORE IS ORDERED that the appointment request of the Federal Public Defender as counsel for petitioner (ECF No. 66) is granted. The Federal Public Defender is appointed as counsel for petitioner pursuant to 18 U.S.C. § 3006A(a)(2)(B). Counsel will represent petitioner in all federal proceedings related to this matter, including any appeals or certiorari proceedings, unless allowed to withdraw.

///
///
///

1

| | |
|---|---|
| 1 | IT FURTHER IS ORDERED that petitioner will have sixty (60) days from the date of |
| 2 | entry of this order to respond to the motion to dismiss (ECF No. 65). Respondents will have |
| 3 | fourteen (14) days from the date of service of the response to file a reply. |
| 4 | DATED: April 10, 2020. |

_____
JAMES C. MAHAN
United States District Judge