# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH K. CARLEY, a.k.a. MELISSA ARIAS,<br><br>        Petitioner,<br><br>    v.<br><br>JO GENTRY, et al.,<br><br>        Respondents. | Case No. 2:14-cv-02097-JCM-BNW<br><br>**ORDER** |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 71), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 71) is **GRANTED**. Petitioner will have up to and including August 7, 2020, to file an opposition to the motion to dismiss (ECF No. 65).

DATED:  June 11, 2020.

_____
JAMES C. MAHAN
United States District Judge