# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH K. CARLEY, a.k.a. MELISSA ARIAS,<br><br>        Petitioner,<br><br>   v.<br><br>JO GENTRY, et al.,<br><br>        Respondents. | Case No. 2:14-cv-02097-JCM-BNW<br><br>**ORDER** |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 78), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 78) is **GRANTED**. Petitioner will have up to and including April 5, 2021, to file a third amended petition.

DATED: March 24, 2021.

_____
JAMES C. MAHAN
United States District Judge

1