# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH K. CARLEY, a.k.a. MELISSA ARIAS,<br><br>              Petitioner,<br><br>   v.<br><br>JO GENTRY, et al.,<br><br>             Respondents. | Case No. 2:14-cv-02097-JCM-BNW<br><br>**ORDER** |

Respondents having filed an unopposed motion for extension of time (first request) (ECF No. 84), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for extension of time (first request) (ECF No. 84) is **GRANTED**. Respondents will have up to and including April 30, 2021, to respond to petitioner's motion for discovery (ECF No. 82).

DATED: April 23, 2021.

_____
JAMES C. MAHAN
United States District Judge