# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH K. CARLEY, a.k.a. MELISSA ARIAS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JO GENTRY, et al.,<br><br>　　　　　Respondents. | Case No. 2:14-cv-02097-JCM-BNW<br><br>**ORDER** |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 90), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 90) is **GRANTED**.  Petitioner will have up to and including October 15, 2021, to complete discovery.

DATED:  September 9, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES C. MAHAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1