1
2
3
4
5
6
7

8                **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10

11   ELIZABETH K. CARLEY, a.k.a.          Case No. 2:14-cv-02097-JCM-BNW
     MELISSA ARIAS,
12                                        **ORDER**
                         Petitioner,
13
            v.
14
     JERRY HOWELL, et al.,
15
                         Respondents.
16

17

18       Respondents having filed an unopposed motion for extension of time (first request) (ECF

19   No. 98), and good cause appearing;

20       IT THEREFORE IS ORDERED that respondents' unopposed motion for extension of

21   time (first request) (ECF No. 98) is **GRANTED**.  Respondents will have up to and including

22   March 14, 2022, to file a response to the fourth amended petition (ECF No. 96).

23       DATED: February 3, 2022

24                                        _____
                                          JAMES C. MAHAN
25                                        United States District Judge

26
27
28

                                     1