1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

11

ELIZABETH K. CARLEY, a.k.a.
MELISSA ARIAS,

Case No. 2:14-cv-02097-JCM-BNW

12

**ORDER**

Petitioner,

13

14

v.

JERRY HOWELL, et al.,

15

Respondents.

16

17

18        Respondents having filed an unopposed motion for extension of time (second request)

19  (ECF No. 100), and good cause appearing;

20        IT THEREFORE IS ORDERED that respondents' unopposed motion for extension of

21  time (second request) (ECF No. 100) is **GRANTED**.  Respondents will have up to and including

22  May 16, 2022, to file a response to the fourth amended petition (ECF No. 96).

23        DATED:  March 22, 2022

24                                                    _____

JAMES C. MAHAN

25                                                    United States District Judge

26

27

28

1