UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH K. CARLEY, a.k.a. MELISSA ARIAS,<br><br>            Petitioner,<br><br>v.<br><br>JERRY HOWELL, et al.,<br><br>            Respondents. | Case No. 2:14-cv-02097-JCM-BNW<br><br>**ORDER** |

Respondents having filed an unopposed motion for extension of time (fourth request) (ECF No. 104), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for extension of time (fourth request) (ECF No. 104) is **GRANTED**. Respondents will have up to and including July 15, 2022, to file their response to the fourth amended petition (ECF No. 96).

Dated:  June 16, 2022.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE