# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH K. CARLEY, a.k.a. MELISSA ARIAS,<br><br>Petitioner,<br><br>v.<br><br>JERRY HOWELL, et al.,<br><br>Respondents. | Case No. 2:14-cv-02097-JCM-BNW<br><br>**ORDER** |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 107), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 107) is **GRANTED**. Petitioner will have up to and including August 29, 2022, to file an opposition to the respondents' motion to dismiss (ECF No. 106).

Dated: August 4, 2022

                                                                                        _____
                                                                                        JAMES C. MAHAN
                                                                                        UNITED STATES DISTRICT JUDGE