# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH K. CARLEY, a.k.a. MELISSA ARIAS,<br><br>Petitioner,<br><br>v.<br><br>JERRY HOWELL, et al.,<br><br>Respondents. | Case No. 2:14-cv-02097-JCM-BNW<br><br>**ORDER** |

Respondents having filed an unopposed motion for extension of time (first request) (ECF No. 110), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for extension of time (first request) (ECF No. 110) is **GRANTED**. Respondents will have up to and including October 5, 2022, to file their reply to petitioner's opposition to the motion to dismiss.

Dated: September 7, 2022

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE